86 A.3d 864

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Bruce B. PERSON, Respondent.**

Supreme Court of Pennsylvania.

March 12, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Hanson,* 82 A.3d 1023 (Pa.2013).